Metro Pain Specialist, P.C. v State Farm Mut. Auto. Ins. Co. PIP/BI Claims (2020 NY
Slip Op 51381(U))

[*1]

Metro Pain Specialist, P.C. v State Farm Mut. Auto. Ins. Co. PIP/BI
Claims

2020 NY Slip Op 51381(U) [69 Misc 3d 144(A)]

Decided on November 13, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2019-129 K C

Metro Pain Specialist, P.C., as Assignee of
Vasquez, Felix, Appellant, 
against
State Farm Mutual Automobile Ins. Co. PIP/BI Claims, Respondent.

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
De Martini & Yi, LLP (Bryan Visnius of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered December 13, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint on the ground that the amount of available coverage had been
exhausted and denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's contention as to defendant's motion, defendant's payment log was
properly considered by the court (see e.g. Performance Plus Med., P.C. v MVAIC, 55
Misc 3d 151[A], 2017 NY Slip Op 50761[U] [App Term, 2d Dept, 2d, 11th & 13th Jud
Dists 2017]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 13, 2020